UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERTO HERRERA,

    Plaintiff,

vs.

Case No. 11-13486
HON. GEORGE CARAM STEEH

NATIONWIDE PROPERTY &
CASUALTY INSURANCE CO.,

    Defendants.

_____/

## ORDER DISMISSING ACTION

The parties appeared for a scheduling conference on September 28, 2011, and indicated their stipulation to dismissal of this action without prejudice as there is no subject matter jurisdiction in this court under 28 U.S.C. § 1332.

Accordingly,

Plaintiff's complaint is dismissed without prejudice.

The Clerk is directed to return the filing fee to plaintiff.

SO ORDERED.

Dated: September 30, 2011

                s/George Caram Steeh
                GEORGE CARAM STEEH
                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 30, 2011, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk